IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00267-MR

| | |
|---|---|
| **BRANDON M. PICKENS,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **JASPER ROGERS, et al.,** | ) **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiff's Amended Complaint [Doc. 14].

The *pro se* Plaintiff, who is presently incarcerated at the Avery Michell Correctional Institution, filed this civil rights action pursuant to 42 U.S.C. § 1983 in September 2019 addressing incidents that allegedly occurred at the Buncombe County Detention Facility ("BCDF") in August 2019. [Doc. 1]. The case was dismissed without prejudice for lack of prosecution on November 14, 2019.[1] [Doc. 10].

---

[1] This case was assigned to Judge Frank D. Whitney at that time.

The Plaintiff has now filed an undated Amended Complaint that was docketed on November 12, 2020. [Doc. 14]. The Plaintiff paid the $402 filing fee on January 21, 2021.

Rule 15 of the Federal Rules of Civil Procedure governs amendments. However, Rule 15 "does not contemplate the amendment of a complaint in a closed case." Grant v. U.S. Dep't of Def., 2018 WL 10733630, at *1 (E.D. Va. Nov. 16, 2018) (denying *pro se* plaintiff's motion to amend in a closed case); see also Chambers v. Psych, 2019 WL 6340959 (S.D.N.Y. Nov. 26, 2019) (dismissing *pro se* motion to amend as moot in a closed case); Page v. Birkett, 2009 WL 1097812 (E.D. Mich. April 22, 2009) (denying *pro se* prisoner's motions to amend because the case was already closed). Therefore, the Amended Complaint will be dismissed.

The Court will, however, instruct the Clerk of Court to mail the Plaintiff a blank § 1983 complaint form so that the Plaintiff may commence a new civil action should he choose to do so. If the Plaintiff files a complaint in a new civil case within 30 days of this Order, the Clerk of Court shall transfer the Plaintiff's $402 filing fee to the new case.[2] However, if the Plaintiff fails to do so, the Clerk of Court shall refund the filing fee to the Plaintiff.

---

[2] If the Plaintiff files a complaint in a new civil case in accordance with this Order, he should refer to the instant Order to ensure that the filing fee is transferred.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Amended Complaint [Doc. 14] is **DISMISSED**.

The Clerk is instructed to mail Plaintiff a blank prisoner § 1983 complaint form. In the event that the Plaintiff files a new complaint within 30 days of this Order, the Clerk is instructed to transfer the $402 filing fee to that new civil action. If the Plaintiff fails to file a new complaint within the time required, the Clerk is instructed to refund the filing fee to the Plaintiff.

**IT IS SO ORDERED.**

Signed: January 25, 2021

*[signature]*

Martin Reidinger
Chief United States District Judge